# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700174**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## SAMUEL LUA
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding Officer, Marine Corps
Communication-Electronics School, Training Command, Twentynine
Palms, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Michael
E. Sayegh, USMC.
For Appellant: Commander R. Don Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 August 2017

———————————————

Before GLASER-ALLEN, MARKS, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court